**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil No. 01-920 (DSD/JMM)

Glass Service Company, Inc. and
Auto Glass Service Center, Inc.
Minnesota corporations,

Plaintiff,

vs.

Allstate Insurance Company,
An Illinois corporation,

Defendant.

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND**

WHEREAS, this case was removed from the Hennepin County District Court without responsive pleadings; and

WHEREAS, Defendant seeks additional time to examine certain data required to frame a responsive pleading thereby avoiding possible motion practice and further delay;

NOW THEREFORE,

IT IS HEREBY STIPULATED by Plaintiffs and Defendant, through their respective counsel, that Defendant may be granted an extension of time through June 28, 2001 in which to answer or otherwise respond to the Complaint.

Dated: June 11, 2001

**LINDQUIST & VENNUM**

By: James W. Reuter / Charles J. Lloyd, #174257
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3211

**ATTORNEYS FOR PLAINTIFFS**

1295911v2

FILED JUN 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**BRIGGS AND MORGAN**

Dated: June 7, 2001

By: R. Scott Davies

R. Scott Davies
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR DEFENDANT**

**IT IS SO ORDERED.**

Dated: 6/13/01

By: ______________________
U.S. District Court Magistrate Judge