UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GLASS SERVICE COMPANY and
AUTO GLASS SERVICE CENTER, INC.,

Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

Defendant.

Civil No. 01-920 (DSD/JMM)

**AMENDED** ORDER FOR
PRETRIAL CONFERENCE

TO: Plaintiffs above named and to James W. Reuter, Esq., Charles J. Lloyd, Esq., Lindquist & Vennum, 4200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, attorneys for Plaintiffs;

Defendant above named and to R. Scott Davies, Esq., Briggs & Morgan, 2400 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, attorneys for Defendant.

IT IS HEREBY ORDERED that counsel for Plaintiffs shall cause a copy of this Order to be served upon any other parties or counsel not listed above.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and Local Rule 16 of the Rules of this District, a pretrial conference of trial counsel in the above matter will be held on **July 23, 2001 at 10:15 a.m.** before Magistrate Judge John M. Mason in chambers at Room 610, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, to consider the matters set forth in Rule 16(c), the Rule 26(f) disclosures, and related matters.

Dated: July 5, 2001

JOHN M. MASON
United States Magistrate Judge

Filed JUL 05 2001
Richard Sletten, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________